UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGE DUPICHE<br><br>Defendant | Hon.: Joseph H. Rodriguez<br><br>Criminal No. 08-418-JHR<br><br>**Order Permitting Defendant To Travel** |

This matter having been opened to the Court on the motion of Paul E. Warburgh, Jr., attorney for the Defendant for an Order permitting the Defendant to travel to Cape Coral, Florida, to attend his mother's 60th birthday celebration between April 23, 2010 and April 26, 2010. (The Defendant would depart Newark Liberty Airport on Continental Airlines, Flight 276 on April 23rd to Ft. Myers, Florida and return from Ft. Myers, Florida to Newark on April 26th. The Defendant will stay at 3238 NW 15 Lane, Cape Coral, Florida, while in Florida) and the government having consented to this Motion and Pretrial Services having no objection and for good cause shown.

IT IS THE FINDING OF THIS COURT that the Defendant's Motion should be granted as requested.

WHEREFORE, it is on this 14th day of April, 2010,

ORDERED that the Defendant is permitted to travel to Cape Coral, Florida between April 23, 2010, and April 26, 2010 to attend his mother's 60th birthday celebration on Continental Airlines flights departing and returning to Newark Liberty Airport and staying at 3238 NW 15 Lane, Cape Coral, Florida and

IT IS FURTHER ORDERED that all other release conditions remain in full force and effect.

_____
United States District Judge

I hereby consent to the form and entry of this Order

_____
Robert Frazer
Assistant U.S. Attorney

_____
Paul E. Warburgh, Jr.
Attorney for Defendant